HSBC

DOMESTIC PRIVATE BANKING

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: REDACTED | Agency Case No | Lender Case No. |
|---|---|---|
| REDACTED | | |

| Amount | Interest Rate | No. of Months | Amortization Type: |
|---|---|---|---|
| REDACTED | REDACTED | REDACTED | REDACTED |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | County | No. of Units |
|---|---|---|
| Beechwood Manor Glen Cove, N.Y. 11542 | NASSAU | REDACTED |

Legal Description of Subject Property (attach description if necessary)
Attached

Purpose of Loan ☐ Purchase ☒ Refinance ☐ Construction ☐ Construction-Permanent ☐ Other (explain): REDACTED

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

*Complete this line if this is a refinance loan.*

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements |
|---|---|---|---|---|
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED REDACTED Cost: $ |

Title will be held in what Name(s) Herbert Roy Zucker | Manner in which Title will be held | Estate will be held in: ☐ Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) Herbert Roy Zucker | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| REDACTED REDACTED REDACTED | Social Security No. / Home Phone (incl. area code) / DOB (mm/dd/yyyy) / Yrs. School |
| REDACTED | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated / Dependents (not listed by Borrower) No. ages |
| REDACTED | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

*If residing at present address for less than two years, complete the following:*

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|
| | |

## IV. EMPLOYMENT INFORMATION

| Borrower | | Co-Borrower | |
|---|---|---|---|
| REDACTED | REDACTED<br>REDACTED | Name & Address of Employer ☐ Self Employed | Yrs. on this job<br>Yrs. employed in this line of work/profession |
| REDACTED | | Position/Title/Type of Business | Business Phone (incl. area code) |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer ☐ Self Employed | Dates (from - to)<br>Monthly income $ | Name & Address of Employer ☐ Self Employed | Dates (from - to)<br>Monthly income $ |
|---|---|---|---|
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer ☐ Self Employed | Dates (from - to)<br>Monthly income $ | Name & Address of Employer ☐ Self Employed | Dates (from - to)<br>Monthly income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

JUN-21-2005 22:00 P.02

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Monthly Income* | $ | $ | $ | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | | $ |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | | Real Estate Taxes | | |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | REDACTED | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ | $ | | Total | $ | $ |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

REDACTED

REDACTED $

## VI. ASSETS AND LIABILITIES

This statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules REDACTED

| ASSETS Description | Cash or Market Value |
|---|---|
| Cash deposit toward purchase held by: | $ |
| *List checking and savings accounts below* | |
| REDACTED | |
| Name and address of Bank, S&L or Credit Union | |
| Account No. | $ |
| Name and address of Bank, S&L or Credit Union | |
| Account No. | $ |
| Name and address of Bank, S&L or Credit Union | |
| Account No. | $ |
| Stocks & Bonds (Company name/no. & description) | $ |
| Life insurance net cash value | $ REDACTED |
| Face amount: $ | |
| Subtotal Liquid Assets | $ REDACTED |
| Real estate owned (enter market value from schedule of real estate owned) | |
| Vested interest in retirement fund | |
| Net worth of business(es) owned (attach financial statement) | |
| Automobiles owned (make and year) REDACTED | $ REDACTED |
| Other Assets (itemize) REDACTED | $ REDACTED |
| | REDACTED |
| Total Assets a. | $ |

Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property.

| LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|
| Name and address of Company REDACTED | $ Payment/Months REDACTED | $ REDACTED |
| Account No. | | |
| Name and address of Company REDACTED | $ Payment/Months REDACTED | $ REDACTED |
| Account No. | | |
| Name and address of Company REDACTED | $ Payment/Months | $ REDACTED |
| Account No. | | |
| Name and address of Company REDACTED | $ Payment/Months REDACTED | $ REDACTED |
| Account No. | | |
| Name and address of Company REDACTED | $ Payment/Months REDACTED | $ REDACTED |
| Name and address of Company REDACTED | $ Payment/Months REDACTED | $ |
| Account No. | | |
| Name and address of Company REDACTED | $ Payment/Months REDACTED | $ REDACTED |
| Account No. | | |
| Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Job Related Expense (child care, union dues, etc.) | $ | |
| Total Monthly Payments | $ | |
| Net Worth (a minus b) $ | Total Liabilities b. | $ |

## VI. ASSETS AND LIABILITIES (cont'd)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| | | | $ | $ | $ | $ | $ | $ |
| | | | | | | | | |
| | | | | | | | | |
| | | Totals | $ | $ | $ | $ | $ | $ |

**List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):**

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase Price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | REDACTED |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | |
| f. Estimated closing costs | |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total Costs (add items a through h) | |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. REDACTED

| | Borrower Yes | No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ] | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ] | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ] | ☐ |
| d. Are you a party to a lawsuit? | ] | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ] | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ] | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ] | ☐ |
| h. Is any part of the down payment borrowed? | ] | ☐ |
| i. Are you a co-maker or endorser on a note? | ] | ☐ |
| j. Are you a U.S. Citizen? | ] | ☐ |
| k. Are you a permanent resident alien? | ] | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ] | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ] | ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | ____ | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | ____ | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X [signature] | 1/30/06 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race or sex, under Federal regulations, this Lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

REDACTED

CO-BORROWER ☐ I do not wish to furnish this information

Ethnicity: ☐ Hispanic or Latino ☐ Not Hispanic or Latino

Race: ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White

Sex: ☐ Female ☐ Male

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: REDACTED | Interviewer's Signature: Daniel Lado Date: 1/21/06 | HSBC MORTGAGE CORP. DANIEL LADO REDACTED |
| | Interviewer's Phone Number (incl. area code) | |

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Herbert Roy Zucker | Agency Case Number: |
| --- | --- | --- |
| | Co-Borrower: | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
| --- | --- | --- | --- |
| X [signature] | 1/30/06 | X | |